IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARKEL INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 11-1472** |
| **REBECCA YOUNG,** *also known as* | : | |
| **REBECCA HOLLAND; BARBARA** | : | |
| **WEIDMAN; and THOMAS WEIDMAN** | : | |

## ORDER

AND NOW, this 12th day of June, 2012, upon consideration of the parties' cross-motions for summary judgment, supplemental cross-motions for summary judgment, and all responses thereto, following a hearing on November 7, 2011, and for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

1. "Plaintiff's Motion for Summary Judgment" (paper no. 19) is **GRANTED**.

2. "Defendants Barbara Weidman and Thomas Weidman's Reply to Plaintiff's Motion for Summary Judgment and Cross Claim for Summary Judgment Against Plaintiff" (paper nos. 20 and 21) is **DENIED**.

3. "Defendant, Rebecca Young a/k/a Rebecca Holland's Reply to Plaintiff's Motion for Summary Judgment and Defendant, Rebecca Young a/k/a Rebecca Holland's Cross-Motion for Summary Judgment" (paper nos. 22 and 23) is **DENIED**.

4. The stay of Young's bad faith counterclaim entered by Order of July 14, 2011 (paper no. 16), is **VACATED**.

5. Rebecca Young's, a/k/a Rebecca Holland's, counterclaims for breach of contract, bad faith, violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, and declaratory relief (paper no. 6) are **DISMISSED** with prejudice.

6. Barbara and Thomas Weidman's counterclaim for declaratory relief (paper no. 3) is **DISMISSED** with prejudice.

/s/ Norma L. Shapiro

J.